IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **BRADFORD WALKER,** | **CASE NO. 5:17-CV-01287** |
| **Plaintiff,** | **JUDGE SARA LIOI** |
| v. | |
| **SUMMIT COUNTY, OHIO, et al.,** | |
| **Defendants.** | |

**STIPULATION OF DISMISSAL OF CLAIMS WITH PREJUDICE AGAINST DR. KURT ROECKER, HEALTH SERVICE ADMINISTRATOR, KELLY LAMP, KIM CROYLE, SCOTT WEAKLAND, KEVIN BURNSIDE, APRIL DORLER, TIFFANY MCDANIELS, CHARITY CUCUZ, DESIREE HEIN, AND ELIZABETH MERRINER**

We, the attorneys for the respective parties, do hereby stipulate that the above captioned case should dismissed with prejudice as against Defendants Dr. Kurt Roecker, Health Service Administrator, Kelly Lamp, Kim Croyle, Scott Weakland, Kevin Burnside, April Dorler, Tiffany McDaniels, Charity Cucuz, Desiree Hein, and Elizabeth Merriner with each party to bear its own costs. The Court may enter an Order accordingly, notice of the Clerk being hereby waived.

**IT IS SO ORDERED.**

_____
**JUDGE SARA LIOI**

1

/s/ Sara Gedeon (0085759)
David B. Malik, Esq.
Sara Gedeon, Esq.
Malik Law
Email: Dbm50@sbcglobal.net
Email: sgedeon1021@gmail.com
8437 Mayfield Road, Suite 101
Chesterland, Ohio 44026
440-729-8260
440-490-1177

/s/ John J. Spellacy
John J. Spellacy
Ste. 300
323 Lakeside Avenue, W
Cleveland, OH 44113
216-241-0520
Fax: 216-241-6961
Email: jspellacy@spellacylaw.com
Attorneys for Plaintiff


/s/ Brian Gannon
Brian Gannon
Reminger Cleveland
1400 Midland Bldg.
101 Prospect Avenue, W
Cleveland, OH 44115
216-430-2294
Fax: 216-687-1841
Email: bgannon@reminger.com
Attorney for Defendants Dr. Kurt Roecker, Health Service Administrator, Kelly Lamp, Kim Croyle, Scott Weakland, Kevin Burnside, April Dorler, Tiffany McDaniels, Charity Cucuz, Desiree Hein, and Elizabeth Merriner

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2018, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sara Gedeon (0085759)
Sara Gedeon, Esq.
Attorney for Plaintiff