IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **BRADFORD WALKER,** | : | **CASE NO. 5:17-CV-01287** |
| **Plaintiff,** | : | **JUDGE SARA LIOI** |
| **v.** | : | |
| **SUMMIT COUNTY, OHIO, et al.,** | : | |
| **Defendants.** | : | |

## STIPULATED ENTRY OF DISMISSAL

The parties, by and through counsel, hereby stipulate that the Complaint and the within causes of action are dismissed with prejudice, at the cost of Defendant, Advanced Correctional Healthcare, Inc.

**IT IS SO ORDERED.**

_____
**JUDGE SARA LIOI**

/s/ *Sara Gedeon* (0085759)
David B. Malik, Esq.
Sara Gedeon, Esq.
Malik Law
Email: Dbm50@sbcglobal.net
Email: sgedeon1021@gmail.com
8437 Mayfield Road, Suite 101
Chesterland, Ohio 44026
440-729-8260
440-490-1177

/s/ *John J. Spellacy*
John J. Spellacy
323 Lakeside Avenue, W, Suite 300
Cleveland, OH 44113
216-241-0520
Fax: 216-241-6961
Email: jspellacy@spellacylaw.com
Attorneys for Plaintiff

/s/ *Brian T. Gannon*
Brian T. Gannon (0077442)
Reminger Co., LPA
101 West Prospect Ave., Suite 1400
Cleveland, OH 44115
216-687-1311
Fax: 216-687-1841
Email: bgannon@reminger.com
Attorney for Defendant,
Advanced Correctional Healthcare, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November 2018, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Brian T. Gannon*
Brian T. Gannon (0077442)
Attorney for Defendant,
Advanced Correctional Healthcare, Inc.